[None]

# JOSEPH EMERSON

v.

# ANDREW DEXTER, JR.

## 1810

### JOURNAL ENTRIES

1. Declaration filed . . . . . . . . *Journal, infra,* *p. 313
2. Postponement . . . . . . . . . . . " 324
3. Judgment (on attachment) . . . . . . . . " 333

### PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . *Printed in Vol. 2*
2. Affidavit and precipe for attachment . . . . . "
3. Declaration . . . . . . . . . . . . "
4. Copy of declaration and of entry of judgment . . . . . . .